## Application for Multi-Court Exemption from the
## Judicial Conference's Electronic Public Access (EPA) Fees

1.) I am requesting an exemption from fees for public access to electronic case records for the courts selected below:

### Courts of Appeal

- [ ] All Courts of Appeal
- [ ] First Circuit
- [ ] Second Circuit
- [ ] Third Circuit
- [ ] Fourth Circuit
- [ ] Fifth Circuit
- [ ] Sixth Circuit
- [ ] Seventh Circuit
- [ ] Eighth Circuit
- [ ] Ninth Circuit
- [ ] Tenth Circuit
- [ ] Eleventh Circuit
- [ ] D.C. Circuit
- [ ] Federal Circuit

### Bankruptcy Appellate Panels (BAP)

- [ ] First Circuit - BAP
- [ ] Sixth Circuit - BAP
- [ ] Eighth Circuit - BAP
- [ ] Ninth Circuit - BAP
- [ ] Tenth Circuit - BAP

### District Courts

- [ ] All District Courts
- [x] Alabama Middle
- [ ] Alabama Northern
- [ ] Alabama Southern
- [ ] Alaska
- [ ] Arizona
- [ ] Arkansas Eastern
- [ ] Arkansas Western
- [ ] California Central
- [ ] California Eastern
- [ ] California Northern
- [ ] California Southern
- [ ] Colorado
- [ ] Connecticut
- [ ] Delaware
- [ ] District of Columbia
- [ ] Florida Middle
- [ ] Florida Northern
- [x] Florida Southern
- [ ] Georgia Northern
- [ ] Georgia Middle
- [ ] Georgia Southern
- [ ] Guam
- [ ] Hawaii
- [ ] Idaho
- [x] Illinois Northern
- [ ] Illinois Central
- [ ] Illinois Southern
- [ ] Indiana Northern
- [ ] Indiana Southern
- [ ] Iowa Northern
- [x] Iowa Southern
- [x] Kansas
- [ ] Kentucky Eastern
- [ ] Kentucky Western
- [ ] Louisiana Eastern
- [ ] Louisiana Middle
- [ ] Louisiana Western
- [ ] Maine
- [ ] Maryland
- [ ] Massachusetts
- [ ] Michigan Eastern
- [ ] Michigan Western
- [ ] Minnesota
- [ ] Mississippi Northern
- [ ] Mississippi Southern
- [ ] Missouri Eastern
- [ ] Missouri Western
- [ ] Montana
- [x] Nebraska
- [ ] Nevada
- [ ] New Hampshire
- [ ] New Jersey
- [ ] New Mexico
- [ ] New York Eastern
- [ ] New York Northern
- [ ] New York Southern
- [ ] New York Western
- [ ] North Carolina Eastern
- [ ] North Carolina Middle
- [ ] North Carolina Western
- [ ] North Dakota
- [ ] Northern Mariana Islands
- [x] Ohio Northern
- [ ] Ohio Southern
- [ ] Oklahoma Eastern
- [ ] Oklahoma Northern
- [ ] Oklahoma Western
- [ ] Oregon
- [ ] Pennsylvania Eastern
- [ ] Pennsylvania Middle
- [ ] Pennsylvania Western
- [ ] Puerto Rico
- [ ] Rhode Island
- [ ] South Carolina
- [ ] South Dakota
- [ ] Tennessee Eastern
- [ ] Tennessee Middle
- [x] Tennessee Western
- [ ] Texas Eastern
- [ ] Texas Northern
- [ ] Texas Southern
- [ ] Texas Western
- [ ] Utah
- [ ] Vermont
- [ ] Virgin Islands
- [ ] Virginia Eastern
- [ ] Virginia Western
- [ ] Washington Eastern
- [ ] Washington Western
- [ ] West Virginia Northern
- [ ] West Virginia Southern
- [ ] Wisconsin Eastern
- [ ] Wisconsin Western
- [ ] Wyoming

**Bankruptcy Courts**

- [ ] All Bankruptcy Courts

| | | | |
|---|---|---|---|
| [ ] Alabama Middle | [ ] Illinois Northern | [ ] Nebraska | [ ] Rhode Island |
| [ ] Alabama Northern | [ ] Illinois Central | [ ] Nevada | [ ] South Carolina |
| [ ] Alabama Southern | [ ] Illinois Southern | [ ] New Hampshire | [ ] South Dakota |
| [ ] Alaska | [ ] Indiana Northern | [ ] New Jersey | [ ] Tennessee Eastern |
| [ ] Arizona | [ ] Indiana Southern | [ ] New Mexico | [ ] Tennessee Middle |
| [ ] Arkansas Eastern | [ ] Iowa Northern | [ ] New York Eastern | [ ] Tennessee Western |
| [ ] Arkansas Western | [ ] Iowa Southern | [ ] New York Northern | [ ] Texas Eastern |
| [ ] California Central | [ ] Kansas | [ ] New York Southern | [ ] Texas Northern |
| [ ] California Eastern | [ ] Kentucky Eastern | [ ] New York Western | [ ] Texas Southern |
| [ ] California Northern | [ ] Kentucky Western | [ ] North Carolina Eastern | [ ] Texas Western |
| [ ] California Southern | [ ] Louisiana Eastern | [ ] North Carolina Middle | [ ] Utah |
| [ ] Colorado | [ ] Louisiana Middle | [ ] North Carolina Western | [ ] Vermont |
| [ ] Connecticut | [ ] Louisiana Western | [ ] North Dakota | [ ] Virgin Islands |
| [ ] Delaware | [ ] Maine | [ ] Northern Mariana Islands | [ ] Virginia Eastern |
| [ ] District of Columbia | [ ] Maryland | [ ] Ohio Northern | [ ] Virginia Western |
| [ ] Florida Middle | [ ] Massachusetts | [ ] Ohio Southern | [ ] Washington Eastern |
| [ ] Florida Northern | [ ] Michigan Eastern | [ ] Oklahoma Eastern | [ ] Washington Western |
| [ ] Florida Southern | [ ] Michigan Western | [ ] Oklahoma Northern | [ ] West Virginia Northern |
| [ ] Georgia Northern | [ ] Minnesota | [ ] Oklahoma Western | [ ] West Virginia Southern |
| [ ] Georgia Middle | [ ] Mississippi Northern | [ ] Oregon | [ ] Wisconsin Eastern |
| [ ] Georgia Southern | [ ] Mississippi Southern | [ ] Pennsylvania Eastern | [ ] Wisconsin Western |
| [ ] Guam | [ ] Missouri Eastern | [ ] Pennsylvania Middle | [ ] Wyoming |
| [ ] Hawaii | [ ] Missouri Western | [ ] Pennsylvania Western | |
| [ ] Idaho | [ ] Montana | [ ] Puerto Rico | |

**National Courts**

- [ ] Judicial Panel on Multidistrict Litigation
- [ ] U.S. Court of Federal Claims
- [ ] U.S. Court of International Trade

2.) I am an individual associated with **the University of Colorado Boulder,**

3.) Please summarize why the case information from the Public Access to Court Electronic Records (PACER) service is needed and how it will be used. Also, please explain why an exemption from the courts identified is necessary. If you need more space, please provide in an attachment.

I am doing research about different communicative activities during civil jury trials, and am starting this multi-year research project analyzing judges' preliminary comments/instructions to juries. I would like to get transcripts of the jury trials in the video archives, if possible full transcripts of the 30 trials. Attached is the list of cases in the nine courts, and a brief summary of my curriculum vitae to document my research credentials.

4.) In support of this application, I affirm the following:

  a) An exemption from the Judicial Conference's EPA Fee is necessary in order to avoid unreasonable burdens and to promote public access to information.

  b) That the exemption will be for a definitive period of time: for downloading transcripts (a few days)

  c) I understand that this fee exemption will apply only to me, will be valid only for the purposes stated above, and will apply only to the electronic case files of the court(s) indicated above that are available through the PACER service.

  d) I agree that any data received through this exemption will not be sold for profit, will not be transferred, will not be used for commercial purposes, and will not be redistributed via the Internet.

  **Declaration:** I declare that all the above information is true and understand that a false statement [x] may result in termination of my exempt access and an assessment of Electronic Public Access usage fees. (The box must be marked or your request will not be considered)

Karen Tracy
Applicant's Printed Name

Professor of Communication
Applicant's Title

*[signature: Karen Tracy]*
Applicant's Signature

[Add Attachment]

[Submit by Email]

303.513.0884
Applicant's Phone Number

karen.tracy@colorado.edu
Applicant's email address

2034 Arch St., Unit S
Applicant's Mailing Address

Philadelphia | PA | 19103
City | State | Zip Code

10.29.2020
Date

Please submit your completed, signed request via email to Multi-CourtExemptions@ao.uscourts.gov or by mail to:

Attention: Multi-Court Exemptions
Court Programs Division
DPS-CSO-PRGD
One Columbus Circle, N.E.
Washington, DC 20544

** Requests sent through the US mail may take up to two weeks to clear security.**